No. 1325, Misc., October Term, 1965. OWINGS *v.* UNITED STATES COURT OF MILITARY APPEALS ET AL., 384 U. S. 975;

No. 1333, Misc., October Term, 1965. OPELA *v.* UNITED STATES, 384 U. S. 1025;

No. 1338, Misc., October Term, 1965. GUNSTON *v.* UNITED STATES, 384 U. S. 913;

No. 1341, Misc., October Term, 1965. MANNA *v.* UNITED STATES, 384 U. S. 975;

No. 1342, Misc., October Term, 1965. DELESPINE *v.* TEXAS, 384 U. S. 1019;

No. 1347, Misc., October Term, 1965. MOTTE ET AL. *v.* RYAN, CHIEF JUDGE, U. S. DISTRICT COURT, 384 U. S. 975;

No. 1369, Misc., October Term, 1965. GREGORY *v.* NEW YORK, 384 U. S. 1016;

No. 1373, Misc., October Term, 1965. MORGAN *v.* UNITED STATES, 384 U. S. 1025;

No. 1381, Misc., October Term, 1965. WHISMAN *v.* GEORGIA, 384 U. S. 895;

No. 1383, Misc., October Term, 1965. GREAR *v.* MAXWELL ET AL., 384 U. S. 957;

No. 1407, Misc., October Term, 1965. VUCKSON *v.* UNITED STATES, 384 U. S. 991;

No. 1422, Misc., October Term, 1965. SMITH *v.* REINCKE, WARDEN, 384 U. S. 993;

No. 1459, Misc., October Term, 1965. MATLOCK *v.* UNITED STATES, 384 U. S. 957;

No. 1530, Misc., October Term, 1965. KRZYZEWSKA *v.* ILLINOIS ET AL., 384 U. S. 979;

No. 1542, Misc., October Term, 1965. JULIANO *v.* OHIO ET AL., 384 U. S. 983;

No. 1556, Misc., October Term, 1965. FORMAN ET AL. *v.* CITY OF MONTGOMERY, 384 U. S. 1009; and

No. 1601, Misc., October Term, 1965. DEAL *v.* CALIFORNIA ET AL., 384 U. S. 1020. Petitions for rehearing denied.